**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 207 MAL 2019
:
Respondent                                           :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.                                                            :
:
:
JALANI DUPREE MARTIN,                         :
:
Petitioner                                           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.